860 WEST 181ST STREET CORPORATION, Appellant, *v.* DAVID PERLBERG, Respondent.

Supreme Court, Appellate Term, First Department, February 10, 1926.

**Landlord and tenant — hold-over tenant — repeal of Laws of 1920, chap. 136, § 12, did not affect Civil Practice Act, § 1410, subd. 1-a — plaintiff entitled to rent upon renewed term where tenant held over.**

Plaintiff is entitled to judgment for the rent of premises upon the theory of a renewal for one year, under subdivision 1-a of section 1410 of the Civil Practice Act, where the tenant held over, since said subdivision was unaffected by the repeal of section 12 of chapter 136 of the Laws of 1920.

APPEAL by plaintiff from a judgment of the Municipal Court, Borough of Manhattan, Eighth District, entered in favor of the defendant.

*Gold & Maran* [*Louis J. Gold* of counsel], for the appellant.

*Benjamin Antin,* for the respondent.

PER CURIAM. As the provisions of subdivision 1-a of section 1410 of the Civil Practice Act were not affected by the repeal of section 12 of chapter 136 of the Laws of 1920, as last amended by chapter 664 of the Laws of 1922, the plaintiff was entitled to judgment for the rent as upon a renewal for one year upon the holding over by the defendant. (*12 East 86th St. Corp.* v. *Berstein,* 124 Misc. 125; affd., by Appellate Term, April, 1925; *Ceri Realty Co.* v. *Kyprianidi,* 126 Misc. 273.)

Judgment reversed, with $30 costs, and judgment directed for plaintiff for the sum of $250, with interest and costs.

All concur; present, BIJUR, DELEHANTY and WAGNER, JJ.